IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALICE SWOYER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-4574-JMY |
| THOMAS JEFFERSON UNIVERSITY | : | |

## ORDER

**AND NOW**, this 3rd day of March, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

By:  /s/ *Dedra Brannan*
     Dedra Brannan, Civil Deputy Clerk to
     The Honorable John Milton Younge